ROBERT A. FRANK ET AL. *v.* HORACE MASSE ET AL.
(6505)

DUPONT, C. J., SPALLONE and NORCOTT, Js.

Submitted on briefs November 15—decision released December 13, 1988

*John Serrano* filed a brief for the appellants (plaintiffs).

*Kimberly A. Knox* and *Richard D. Gilland* filed a brief for the appellees (defendants).

PER CURIAM. The plaintiffs are appealing following the granting of the defendants' motion for summary judgment in an action for specific performance of a contract for the sale of real estate. The trial court rendered summary judgment when it found no genuine issue of material fact existed and that the defendants were entitled to judgment as a matter of law. Practice Book § 384. We agree.

There is no error.